IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIVERSITY SPINE CENTER, on assignment of, Katherine L.<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., and UNITED PARCEL SERVICE, INC.<br><br>Defendants. | Docket No. 2:20-cv-07395-KM-ESK |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff University Spine Center, on assignment of Katherine L, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismissed the above-captioned action with prejudice.  Each party shall bear their own costs.

Dated: August 21, 2020

*/s/James Greenspan*
James Greenspan, Esq.
CALLAGY LAW, P.C.
Mack Cali Centre II
650 From Road, Suite 558
Paramus, New Jersey
(201) 261-1700
jgreenspan@callagylaw.com

*Counsel for Plaintiff University Spine Center*

106253973.1

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 21, 2020, I electronically filed the foregoing document using the CM/ECF system, which then sent a notification of such filing to all counsel of record.

*/s/James Greenspan*
James Greenspan, Esq.

106253973.1